United States District Court
Southern District of Texas
**ENTERED**
April 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID GIBSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-CV-02391 |
| | § | |
| TAMARRA SMITH, and | § | |
| UNITED STATES POSTAL SERVICE | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On January 20, 2016, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment, under 28 U.S.C. § 636(c). On April 15, 2016, the court entered a memorandum and order disposing of the issues in this case. Therefore, it is,

**ORDERED** that this case is **DISMISSED** with **PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 15th day of April, 2016.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**